# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.

**INFORMATION**

**ISAAC A. SANCHEZ**

_____/

3:25-mj-25

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

That on or about August 18, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**ISAAC A. SANCHEZ,**

did forcibly assault, resist, oppose, impede, intimidate, or interfere with J.C., an officer or employee of the United States, while engaged in or on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a).

## COUNT TWO

That on or about August 18, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**ISAAC A. SANCHEZ,**

FILED USDC FLND PN
JAN 10 '25 PM1:30 

did assault, resist, oppose, impede, intimidate, or interfere with S.K., an officer or employee of the United States, while engaged in or on account of the performance of official duties, in violation of Title 18, United States Code, Section 111(a).

## COUNT THREE

That on or about August 18, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

### ISAAC A. SANCHEZ,

did intentionally and knowingly possess mushrooms that contained Psilocybin and Psilocyn, Schedule I controlled substances, in violation of Title 21, United States Code, Section 844(a).

## COUNT FOUR

That on or about August 18, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

### ISAAC A. SANCHEZ,

did use and possess with intent to use drug paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale, or otherwise

introduce into the human body a controlled substance, in violation of Section

893.147, Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

## COUNT FIVE

That on or about August 18, 2024, in the Northern District of Florida, and

within the special maritime and territorial jurisdiction of the United States, to wit:

Eglin Air Force Base, Florida, the defendant,

### ISAAC A. SANCHEZ,

did commit simple assault against Minor Victim 1, in violation of Title 18, United

States Code, Section 113(a)(5).

## COUNT SIX

That on or about August 18, 2024, in the Northern District of Florida, and

within the special maritime and territorial jurisdiction of the United States, to wit:

Eglin Air Force Base, Florida, the defendant,

### ISAAC A. SANCHEZ,

did commit simple assault against Minor Victim 2, in violation of Title 18, United

States Code, Section 113(a)(5).

## COUNT SEVEN

That on or about August 18, 2024, in the Northern District of Florida, and

within the special maritime and territorial jurisdiction of the United States, to wit:

Eglin Air Force Base, Florida, the defendant,

**ISAAC A. SANCHEZ,**

did willfully and maliciously injure and damage by any means any real and personal

property belonging to another, of a value greater than two hundred dollars ($200) but

less than one thousand dollars ($1,000.00), in violation of Section 806.13(2), Florida

Statutes, and Title 18, United States Code, Sections 7 and 13.

_____          January 10, 2025
JASON R. COODY                            _____
United States Attorney                    DATE

4